**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO (COLUMBUS)**

| | |
|---|---|
| IN RE: | CASE NO. 2:17-bk-56472 |
| Michelle Renee Bell | CHAPTER 7 |
| Debtor. | JUDGE: C. Kathryn Preston |

**NOTICE OF APPEARANCE**

Now comes Daniel A. Cox, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Ohio, and enters his appearance on behalf of Bridgecrest Credit Company, LLC, in the above captioned proceedings.

Respectfully Submitted,

 /s/ Daniel A. Cox
Daniel A. Cox (0076469)
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202
Voice: (513) 852-6043
Fax: (513) 419-6443
Email: foreclosure@woodlamping.com

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2017 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Mark Albert Herder, Debtor's Counsel
    Markalbertherder@yahoo.com

    Larry J. McClatchey, Trustee
    BGibson@keglerbrown.com

    United States Trustee
    Ustpregion09.cb.ecf@usdoj.gov

I further certify that on October 20, 2017 a copy of the foregoing Notice of Appearance was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Michelle Renee Bell
2356 Edmonton Road
Columbus, OH 43229-4747

                                                  /s/ Daniel A. Cox
                                                 Daniel A. Cox (0076469)